United States District Court
Southern District of Texas

**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALEJANDRO TRISTAN ZAMORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-302 |
| | § | |
| EMILIA ESTEFANIA SMITH RANERO, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Alejandro Tristan Zamores alleges claims under the International Child Abduction Remedies Act, 22 U.S.C. § 9001, *et seq.* (Compl., Doc. 1)  He sought to proceed *in forma pauperis*, but a United States Magistrate Judge denied Zamores's IFP application and ordered him to pay the requisite filing fee. (Order, Doc. 8)  Zamores failed to do so.

In January 2025, the Magistrate Judge ordered Zamores to appear for a hearing and indicate why the Complaint should not be dismissed based on the failure to pay the filing fee. (Order, Doc. 16)  The Magistrate Judge warned Zamores that failure to appear would likely result in dismissal of his case.  Zamores failed to appear at the hearing. (R&R, Doc. 25, 2)

On April 2, the Magistrate Judge issued a Report and Recommendation, recommending that the Court dismiss without prejudice Zamores's Complaint for failure to prosecute the case. (R&R, Doc. 25)  No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 25).  It is:

1 / 2

**ORDERED** that the Plaintiff Alejandro Tristan Zamores's Complaint (Doc. 1) is

**DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on May 1, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge